IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| vs. | * | CASE NO. 4:11-CR-4 (CDL) |
| JACKIE E. ALLEN, | * | |
| Defendant. | * | |

O R D E R

Jackie E. Allen appeals his six-month prison sentence for a violation of the conditions of his probation. Allen's initial probation sentence arose from driving with a suspended license and possession of an open container. The conditions of his probation included refraining from future violations of the law and abstaining from the use or possession of illegal drugs. Subsequently, Allen was cited by local law enforcement for possessing .2 grams of cocaine and various traffic violations. Allen also tested positive for cocaine. Allen admits that this conduct violated the conditions of his probation. After a hearing on the Government's revocation petition, the Magistrate Judge revoked Allen's probation and sentenced him to six months imprisonment, which was the statutory maximum sentence, but was also within the advisory guideline range. Allen points to no procedural irregularities regarding the sentencing process, but

argues that the Magistrate Judge's six-month sentence was excessive and substantively unreasonable.

In reviewing the Magistrate Judge's sentence, the Court uses the same standard of review as that used by a circuit court of appeals when it reviews a sentence by a district court. Fed. R. Crim. P. 58(g)(2)(D). Under that standard, the Court must consider "the substantive reasonableness of the sentence imposed under an abuse-of-discretion standard," taking into account the "totality of the circumstances." *Gall v. United States,* 552 U.S. 38, 51 (2007); *accord United States v. Livesay,* 587 F.3d 1274, 1278 (11th Cir. 2009). Having reviewed the record in this case, the Court finds that Allen has failed to carry his burden of establishing that the Magistrate Judge's sentence, which was within the advisory guideline range, was unreasonable in light of the totality of the circumstances and the sentencing factors considered under 18 U.S.C. § 3553(a). Accordingly, the sentence and judgment of the Magistrate Judge must be, and is hereby, affirmed.

IT IS SO ORDERED, this 19th day of April, 2011.

S/Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE